UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-mj-01029-WW-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL OF |
| ) | COMPLAINT |
| JONATHAN LAMAR DAVIS ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint filed on January 16, 2008. The state charges underlying the federal Criminal Complaint have been investigated and disposed of by state authorities. As such, the Criminal Complaint is moot and should be dismissed.

Respectfully submitted this 3rd day of March, 2014.

THOMAS G. WALKER
United States Attorney

BY: /s/ William M. Gilmore
WILLIAM M. GILMORE
Attorney for the United States
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4338
Fax: (919) 856-4487
Email: william.gilmore@usdoj.gov
Fla. Bar No. 014342

Leave of Court is granted for the filing of the foregoing dismissal.

_____
JAMES C. DEVER, III
CHIEF, US DISTRICT COURT JUDGE

Date  3/4/14